## R. A. Young, Appellee, v. Frank Gschwendtner, Appellant.

### Gen. No. 6,307.    (Not to be reported in full.)

Appeal from the Circuit Court of Livingston county; the Hon. GEORGE W. PATTON, Judge, presiding. Heard in this court at the April term, 1916. Affirmed. Opinion filed February 10, 1917.

### Statement of the Case.

Action by R. A. Young, plaintiff, against Frank Gschwendtner, defendant, to recover compensation for preparing certain plans and specifications for the construction of a dwelling house. From a judgment for plaintiff for one hundred and fifty dollars, defendant appeals.

R. S. McILDUFF and B. R. THOMPSON, for appellant.

GRANT C. ARMSTRONG, for appellee.

MR. PRESIDING JUSTICE NIEHAUS delivered the opinion of the court.

### Abstract of the Decision.

1. TRIAL, § 155*—*what is province of jury.* It is the province of the jury to determine the facts which are in dispute in a case.

2. APPEAL AND ERROR, § 1411*—*when Appellate Court will not set aside finding of jury.* The Appellate Court will not set aside a finding of the jury based merely upon conflicting testimony.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.